## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on April 30, 2026

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL NO.** |
| | : |
| **v.** | : **MAGISTRATE NO. 26-MJ-83** |
| | : |
| **MICHAEL MARX (AKA: Patrick Gary Michael or Michael Zavici),** | : **VIOLATIONS:** |
| | : **18 U.S.C. § 111(a)(1), (b)** |
| | : **(Assaulting, Resisting, or** |
| **Defendant.** | : **Impeding Certain Officers Using a** |
| | : **Dangerous Weapon)** |
| | : |
| | : **18 U.S.C. § 924(c)(1)(A)(iii)** |
| | : **(Using, Carrying, Possessing,** |
| | : **Brandishing, and Discharging a Firearm** |
| | : **During a Crime of Violence)** |
| | : |
| | : **FORFEITURE:** |
| | : **18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)** |
| | : |

---

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 4, 2026, within the District of Columbia, **MICHAEL MARX (AKA: Patrick Gary Michael or Michael Zavici)**, using a deadly or dangerous weapon, that is, a firearm, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is D.P., an officer of the United States

Secret Service, while such officer or employee was engaged in or on account of the performance of their official duties.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Section 111(a)(l) and (b))

## COUNT TWO

On or about May 4, 2026, within the District of Columbia, **MICHAEL MARX (AKA: Patrick Gary Michael or Michael Zavici)** did unlawfully and knowingly carry and use a firearm, and that firearm discharged, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, as charged in Count One of this Indictment, which is incorporated herein.

**(Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(l)(A)(iii))

## FORFEITURE ALLEGATION

Upon conviction of a violation of 18 U.S.C. § 924(c)(l)(A)(iii), as charged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a black Sig Sauer P365, semi-automatic firearm, and 9mm ammunition.

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 924(d));
and Title 28, United States Code, Section 2461(c))

2

JEANINE FERRIS PIRRO
United States Attorney

A TRUE BILL:

By: _____
GAURI GOPAL
Assistant United States Attorney

FOREPERSON.

3