**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 26-CR-121-DLF** |
| **v.** | : | |
| | : | |
| **MICHAEL MARX (AKA: Patrick** | : | |
| **Gary Michael or Michael Zavici),** | : | |
| | : | |
| **Defendant.** | : | |

### RESPONSE TO COURT'S MAY 30, 2026, MINUTE ORDER

On May 30, 2026, the Court directed the parties to: (i) confer regarding Defendant's Motion for Release (ECF No. 10-1) (the "Motion"); and (ii) propose a briefing and hearing schedule related to the Motion.

In accordance with the above-mentioned order, the parties have conferred and propose the following schedule:

1. The United States shall file its response to the Motion by June 3, 2026;

2. Defendant shall file any reply, if necessary, to the United States' response by June 4, 2026; and

3. A hearing on the Motion shall take place on June 5, 2026, at any time that is convenient for the Court.

Respectfully submitted,

JEANINE FERRIS PIRRO.
UNITED STATES ATTORNEY

By:  */s/ Joshua Satter*
Joshua Satter
N.Y. Bar No. 5477112
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 252-6885
Josh.Satter@usdoj.gov