**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 26-CR-121-DLF** |
| **v.** | **:** | |
| | **:** | |
| **MICHAEL MARX (AKA: Patrick** | **:** | |
| **Gary Michael or Michael Zavici),** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## MOTION FOR AN ORDER TO DISCLOSE GRAND JURY TESTIMONY

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).

The United States has contacted defense counsel and is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached order.

//   //

//   //

//   //

//   //

//   //

//   //

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

JEANINE FERRIS PIRRO.
UNITED STATES ATTORNEY

By:    /s/ Joshua Satter
       Joshua Satter
       N.Y. Bar No. 5477112
       Assistant United States Attorney
       United States Attorney's Office for the
       District of Columbia
       601 D Street NW
       Washington, D.C. 20530
       (202) 252-6885
       Josh.Satter@usdoj.gov

Dated: June 1, 2026