**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| | **:** | **CRIMINAL NO. 26-CR-121-DLF** |
| **MICHAEL MARX (AKA: Patrick** | **:** | |
| **Gary Michael or Michael Zavici),** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

**[PROPOSED] ORDER**

Upon consideration of the United States's motion to disclose items protected by

Federal Rule of Criminal Procedure 6(e), it is hereby:

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by

Federal Rule of Criminal Procedure 6(e).


Date: _____

THE HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE