**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MARX,<br><br>     *Defendant.* | No. 26-cr-121 (DLF) |

**ORDER**

Based on consideration of the record and the factors set forth in 18 U.S.C. § 3142(g), and for the reasons stated in today's detention hearing, the Court finds by clear and convincing evidence that "no condition or combination of conditions will reasonably assure . . . the safety of . . . the community" if the defendant were to be released, *id.* § 3142(e)(1).  Accordingly, it is

**ORDERED** that the defendant's Emergency Motion for Release From Custody, Dkt. 12, is **DENIED**.  It is further

**ORDERED** that the defendant is **DETAINED** pending trial.

 

 

_____
DABNEY L. FRIEDRICH
United States District Judge

June 4, 2026