**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 26-CR-121 (DLF)** |
| **v.** | : | |
| | : | |
| **MICHAEL MARX,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## STATUS REPORT

The government writes to provide its position on exclusion of time under the Speedy Trial Act.

1. The Government provided initial discovery on June 2, 2026 with case files from multiple agencies, including Secret Service, Park Police, and the Metropolitan Police Department.

2. The Government is working on preparing another discovery production, particularly from the FBI.

3. The Government anticipates providing a plea offer in short order in this matter.

4. It is the Government's understanding that the Defense has not been able to consult with her client regarding exclusion of time.

5. The Government respectfully requests that time be excluded under the Speedy Trial Act, under the interests of justice in order to allow the Defense and Government to engage in plea negotiations, for the Defense to review discovery produced thus far, and for the Government to make another discovery production.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


By:    */s/ Caelainn Carney*
      Caelainn Carney
      N.Y. Bar No. 5751672
      Assistant United States Attorney
      United States Attorney's Office for the
      District of Columbia
      601 D Street NW
      Washington, D.C. 20530
      (202) 252-2673
      Caelainn.carney@usdoj.gov