**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 26-CR-121-DLF** |
| **v.** | : | |
| | : | |
| **MICHAEL MARX (AKA: Patrick Gary Michael or Michael Zavici),** | : | |
| | : | |
| **Defendant.** | : | |

**<u>RESPONSE TO COURT'S JUNE 29, 2026, MINUTE ORDER</u>**

On June 29, 2026, the Court directed the United States to file a status update as to the defendant's access to healthcare, including physical therapy and pain management, at his current place of detention (the "Order").

In accordance with the Order, the United States would proffer the following information to the Court:

A[redacted] F[redacted], who is the Assistant Chief of the Medical Management Branch with the United States Marshals Service, spoke with personnel at the [redacted].[1] Based on Ms. F[redacted] conversations with the detention facility staff, it was determined that:

1. [redacted]

   [redacted]

2. A pain management consult has been placed for Defendant [redacted]

---

[1] On June 4, 2026, the Court ordered Defendant to be detained at this facility. (ECF No. 18).

[2] [redacted]

[redacted]

3. Defendant's [redacted] and [redacted] (with [redacted]) consult appointment is still pending.

4. Detention staff attempt to conduct daily range of motion ("ROM") exercises with Defendant. However, given Defendant's lack of compliance, ROM exercises occur two to three times per week.

5. Defendant has twenty-four seven access to nursing care. [redacted]

Respectfully submitted,

JEANINE FERRIS PIRRO.
UNITED STATES ATTORNEY

By: */s/ Joshua Satter*

Joshua Satter
N.Y. Bar No. 5477112
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 252-6885
Josh.Satter@usdoj.gov