**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 26-CR-121 (DLF)** |
| **MICHAEL MARX (AKA: Patrick Gary Michael or Michael Zavici),** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of September 19, 2026, was provided to the defense in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Caelainn Carney*

CAELAINN CARNEY
Assistant United States Attorney
NY Bar No: 5751672
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2673
Caelainn.Carney@usdoj.gov

U.S. Department of Justice

Jeanine F. Pirro
United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D Street., N.W.*
*Washington, D.C. 20530*

September 19, 2026

***VIA CM/ECF***
Shelli Peterson, Esq.

**Re**: *United States v. Michael Marx (AKA: Patrick Gary Michael or Michael Zavici)*
Case. No. 26-CR-121 (DLF)

Dear Counsel:

Below is a list of the discovery that has been provided to you to date in the above-captioned case:

**I. Discovery**

**A. September 19, 2026 – Production 6**

On September 19, 2026, the following documents and discovery materials were disclosed to you via hard drive.

-DFS Disclosure Letter dated 9.16.2026

**B. August 17, 2026 – Production 5**

On August 17, 2026, the following documents and discovery materials were disclosed to you via hard drive.

-USSS Tech Lawhorne Photos

**C. August 12, 2026 – Production 4**

On August 12, 2026, the following documents and discovery materials were disclosed to you via hard drive.

-USSS Latent Print Report and Accompanying Email

**D. July 23, 2026 – Production 3**

On July 23, 2026, the following documents and discovery materials were disclosed to you via hard drive.

FBI File:

- Discovery as of 6.25.26
- PhoneExtractions-WorkingCopies
- Video Canvas

The subfolder marked "Discovery as of 6.25.26" is hereby designated as SENSITIVE.

**E. June 25, 2026 – Production 2**

On June 25, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "United States v. Michael Marx (26-CR-121-DLF)":

- BWC-MPD (Sensitive)
- Digital Providers
- OUC
- Search Warrant Materials
- Snips
- Tesla (Sensitive)
- USSS Interviews and Vehicle Search Materials
- USPP Bodycam (Sensitive)

**F. June 2, 2026 – Production 1**

On June 2, 2026, the following documents and discovery materials were disclosed to you via USAfx in a folder labeled "United States v. Michael Marx (26-CR-121-DLF)":

1. United States Secret Service

- Witness Statement_Redacted.pdf
- Agreement to Surrender Property_Redacted.pdf
- CCN _ 26059775 - Combined Reports_Redacted.pdf
- Consent to Search_Redacted.pdf
- Crime Scene Log 1.JPG
- Crime Scene Log 2.JPG
- Family witness statement notes_Redacted.pdf
- ICP Log 1_Redacted.pdf
- ICP Log 2.jpeg
- Interview Writeup_Redacted.pdf
- J.R. Interview_Redacted.pdf
- MARX Buccal Consent.pdf

- Officer Curry Notes and photos_Redacted.pdf

2. United States Park Police

- 26-158533.pdf

3. National Guard

- IMG_0159.jpeg
- IMG_0160.jpeg
- IMG_0162.jpeg

4. MPD

- Barcodes.pdf
- Chain of Custody.pdf
- PD81.pdf
- WPL_0018.JPG
- Q551C01A.JPG
- Q551C01B.JPG
- Q551C01C.JPG
- Q551C01D.JPG
- Q551C01E.JPG
- Q551C01F.JPG
- Q551C01G.JPG
- Q551C01H.JPG
- Q551C01I.JPG
- Q551C01J.JPG
- Q551C01K.JPG
- Q551C01L.JPG
- Q551C01M.JPG
- Q551C01N.JPG
- Q551C01O.JPG
- Q551C01P.JPG
- Q551C01Q.JPG
- Q551C01R.JPG
- Q551C01S.JPG
- Q551C01T.JPG
- Q551C01U.JPG
- Q551C01V.JPG
- Q551C01W.JPG
- Q551C01X.JPG
- Q551C01Y.JPG
- Q551C01Z.JPG
- Q551C02A.JPG
- Q551C02B.JPG
- Q551C02C.JPG

- Q551C02D.JPG
- Q551C02E.JPG
- Q551C02F.JPG
- Q551C02G.JPG
- Q551C02H.JPG
- Q551C02I.JPG
- Q551C02J.JPG
- Q551C02K.JPG
- Q551C02L.JPG
- Q551C02M.JPG
- Q551C02N.JPG
- Q551C02O.JPG
- Q551C02P.JPG
- Q551C02Q.JPG
- Q551C02R.JPG
- Q551C02S.JPG
- Q551C02T.JPG
- Q551C02U.JPG
- Q551C02V.JPG
- Q551C02W.JPG
- Q551C02X.JPG
- Q551C02Y.JPG
- Q551C02Z.JPG
- Q551C03A.JPG
- Q551C03B.JPG
- Q551C03C.JPG
- Q551C03D.JPG
- Q551C03E.JPG
- Q551C03F.JPG
- Q551C03G.JPG
- Q551C03H.JPG
- Q551C03I.JPG
- Q551C03J.JPG
- Q551C03K.JPG
- Q551C03L.JPG
- Q551C03M.JPG
- Q551C03N.JPG
- Q551C03O.JPG
- Q551C03P.JPG
- Q551C03Q.JPG
- Q551C03R.JPG
- Q551C03S.JPG
- Q551C03T.JPG
- Q551C03U.JPG

- Q551C03V.JPG
- Q551C03W.JPG
- Q551C03X.JPG
- Q551C03Y.JPG
- Q551C03Z.JPG
- Q551C04A.JPG
- Q551C04B.JPG
- Q551C04C.JPG
- Q551C04D.JPG
- Q551C04E.JPG
- Q551C04F.JPG
- Q551C04G.JPG
- Q551C04H.JPG
- Q551C04I.JPG
- Q551C04J.JPG
- Q551C04K.JPG
- Q551C04L.JPG
- Q551C04M.JPG
- Q551C04N.JPG
- Q551C04O.JPG
- Q551C04P.JPG
- Q551C04Q.JPG
- Q551C04R.JPG
- Q551C04S.JPG
- Q551C04T.JPG
- Q551C04U.JPG
- Q551C04V.JPG
- Q551C04W_Redacted.pdf
- Q551C04Y.JPG
- Q551C05A.JPG
- Q551C05B.JPG
- Q551C05C.JPG
- Q551C05D.JPG
- Q551C05E.JPG
- Q551C014.JPG
- Q551C015.JPG
- Q551C016.JPG
- Q551C017.JPG
- Q551C018.JPG
- Q551C019.JPG
- Q551C020.JPG
- Q551C021.JPG
- Q551C022.JPG
- Q551C023.JPG

- Q551C024.JPG
- Q551C025.JPG
- Q551C026.JPG
- Q551C027.JPG
- Q551C028.JPG
- Q551C029.JPG
- Q551C030.JPG
- Q551C031.JPG
- Q551C032.JPG
- Q551C033.JPG
- Q551C034.JPG
- Q551C035.JPG
- Q551C036.JPG
- Q551C037.JPG
- Q551C038.JPG
- Q551C039.JPG
- Q551C040.JPG
- Q551C041.JPG
- Q551C042.JPG
- Q551C043.JPG
- Q551C044.JPG
- Q551C045.JPG
- Q551C046.JPG
- Q551C047.JPG
- Q551C048.JPG
- Q551C049.JPG
- Q551C050.JPG
- Q551C051.JPG
- Q551C052.JPG
- Q551C053.JPG
- Q551C054.JPG
- Q551C055.JPG
- Q551C056.JPG
- Q551C057.JPG
- Q551C058.JPG
- Q551C059.JPG
- WPL_0001.JPG
- WPL_0002.JPG
- WPL_0003.JPG
- WPL_0004.JPG
- WPL_0005.JPG
- WPL_0006.JPG
- WPL_0007.JPG
- WPL_0008.JPG

- WPL_0009.JPG
- WPL_0010.JPG
- WPL_0011.JPG
- WPL_0012.JPG
- WPL_0013.JPG
- WPL_0014.JPG
- WPL_0015.JPG
- WPL_0016.JPG
- WPL_0017.JPG

5. DIMS Photos

- Q551C041.JPG
- Q551C042.JPG
- Q551C043.JPG
- Q551C044.JPG
- Q551C045.JPG
- Q551C046.JPG
- Q551C047.JPG
- Q551C048.JPG
- Q551C049.JPG
- Q551C050.JPG
- Q551C051.JPG
- Q551C052.JPG
- Q551C053.JPG
- Q551C054.JPG
- Q551C055.JPG
- Q551C056.JPG
- Q551C057.JPG
- Q551C058.JPG
- Q551C059.JPG
- Q551C01A.JPG
- Q551C01B.JPG
- Q551C01C.JPG
- Q551C01D.JPG
- Q551C01E.JPG
- Q551C01F.JPG
- Q551C01G.JPG
- Q551C01H.JPG
- Q551C01I.JPG
- Q551C01J.JPG
- Q551C01K.JPG
- Q551C01L.JPG
- Q551C01M.JPG

- Q551C01N.JPG
- Q551C01O.JPG
- Q551C01P.JPG
- Q551C01Q.JPG
- Q551C01R.JPG
- Q551C01S.JPG
- Q551C01T.JPG
- Q551C01U.JPG
- Q551C01V.JPG
- Q551C01W.JPG
- Q551C01X.JPG
- Q551C01Y.JPG
- Q551C01Z.JPG
- Q551C02A.JPG
- Q551C02B.JPG
- Q551C02C.JPG
- Q551C02D.JPG
- Q551C02E.JPG
- Q551C02F.JPG
- Q551C02G.JPG
- Q551C02H.JPG
- Q551C02I.JPG
- Q551C02J.JPG
- Q551C02K.JPG
- Q551C02L.JPG
- Q551C02M.JPG
- Q551C02N.JPG
- Q551C02O.JPG
- Q551C02P.JPG
- Q551C02Q.JPG
- Q551C02R.JPG
- Q551C02S.JPG
- Q551C02T.JPG
- Q551C02U.JPG
- Q551C02V.JPG
- Q551C02W.JPG
- Q551C02X.JPG
- Q551C02Y.JPG
- Q551C02Z.JPG
- Q551C03A.JPG
- Q551C03B.JPG
- Q551C03C.JPG
- Q551C03D.JPG
- Q551C03E.JPG

- Q551C03F.JPG
- Q551C03G.JPG
- Q551C03H.JPG
- Q551C03I.JPG
- Q551C03J.JPG
- Q551C03K.JPG
- Q551C03L.JPG
- Q551C03M.JPG
- Q551C03N.JPG
- Q551C03O.JPG
- Q551C03P.JPG
- Q551C03Q.JPG
- Q551C03R.JPG
- Q551C03S.JPG
- Q551C03T.JPG
- Q551C03U.JPG
- Q551C03V.JPG
- Q551C03W.JPG
- Q551C03X.JPG
- Q551C03Y.JPG
- Q551C03Z.JPG
- Q551C04A.JPG
- Q551C04B.JPG
- Q551C04C.JPG
- Q551C04D.JPG
- Q551C04E.JPG
- Q551C04F.JPG
- Q551C04G.JPG
- Q551C04H.JPG
- Q551C04I.JPG
- Q551C04J.JPG
- Q551C04K.JPG
- Q551C04L.JPG
- Q551C04M.JPG
- Q551C04N.JPG
- Q551C04O.JPG
- Q551C04P.JPG
- Q551C04Q.JPG
- Q551C04R.JPG
- Q551C04S.JPG
- Q551C04T.JPG
- Q551C04U.JPG
- Q551C04V.JPG
- Q551C04W.JPG

- Q551C04X.JPG
- Q551C04Y.JPG
- Q551C04Z.JPG
- Q551C05A.JPG
- Q551C05B.JPG
- Q551C05C.JPG
- Q551C05D.JPG
- Q551C05E.JPG
- Q551C014.JPG
- Q551C015.JPG
- Q551C016.JPG
- Q551C017.JPG
- Q551C018.JPG
- Q551C019.JPG
- Q551C020.JPG
- Q551C021.JPG
- Q551C022.JPG
- Q551C023.JPG
- Q551C024.JPG
- Q551C025.JPG
- Q551C026.JPG
- Q551C027.JPG
- Q551C028.JPG
- Q551C029.JPG
- Q551C030.JPG
- Q551C031.JPG
- Q551C032.JPG
- Q551C033.JPG
- Q551C034.JPG
- Q551C035.JPG
- Q551C036.JPG
- Q551C037.JPG
- Q551C038.JPG
- Q551C039.JPG
- Q551C040.JPG

6. DFS

- Physical Evidence List.pdf
- 26059775 CSS NOTES 05-04-26.PDF
- 26059775 CSS SCENE 2.PDF
- 26059775 CSS SCENE_Redacted.pdf
- 26059775 NOTES 05-04-2026 (2)_Redacted.pdf
- 26059775 NOTES 05-04-2026.PDF
- Case Info Report_Redacted.pdf

- COC.pdf
- Comm Log.pdf

7. Criminal History

- Charging Document Patrick Michael.pdf
- Judgment Patrick Michael.pdf
- Sentence Patrick Michael.pdf

8. ATF

- 2336_001.pdf
- DFS DC-26-059-775(TF) CS1-1 (HIGH PRIORITY-LEAD)_Redacted.pdf

9. Video

- CCTV_Phone_Version_.mov
- 2026-05-04_15-38-56-back.mp4
- 2026-05-04_15-38-56-front.mp4
- 2026-05-04_15-38-56-left_pillar.mp4
- 2026-05-04_15-38-56-left_repeater.mp4
- 2026-05-04_15-38-56-right_pillar.mp4
- 2026-05-04_15-38-56-right_repeater.mp4
- Avigilon Unity Export-2026-05-05 06.04.34.159 AM.avi
- Avigilon Unity Export-2026-05-05 07.05.08.232 AM.avi
- Avigilon Unity Export-2026-05-05 07.49.33.493 AM.avi
- Avigilon Unity Export-2026-05-05 08.20.18.724 AM.avi

**Please view/download these items at your earliest convenience as they will be automatically deleted forty-five (45) days after the date they were uploaded pursuant to USAfx's automated retention policy.**

Sincerely,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Caelainn Carney*

Caelainn Carney
Assistant United States Attorney
NY Bar No. 5751672
601 D Street, N.W.
Washington, DC 20530
(202) 252-2673
caelainn.carney@usdoj.gov